Christopher H. Ariano #026915
ARIANO & REPPUCCI, PLLC
1430 E. Missouri Ave.
Suite B-150
Phoenix, AZ 85014
(602) 515-0841 (Office)
(602) 489-7403 (Fax)

Attorney for Debtors/Movants

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AMADOR HERNANDEZ, III, and<br>JANET MEJIA HERNANDEZ<br><br>Debtors.<br><br>AMADOR HERNANDEZ, III, and<br>JANET MEJIA HERNANDEZ<br><br>Movants,<br><br>vs.<br><br>JPMORGAN CHASE BANK, NA,<br><br>Respondent. | Chapter 13 Proceeding<br><br>Case No. 14-bk-06889-MCW<br><br>**MOTION TO AVOID LIEN**<br><br>RE: JPMorgan Chase Bank, NA<br>Second Deed of Trust on Real<br>Property Located at<br>5327 W. Purdue Ave, Glendale, AZ 85302 |

Motion to Avoid Lien of the Debtor/Movant Pursuant to
11 U.S.C. Section 506(a) and Bankruptcy Rule 4012 to
Determine the Value of Security and Creditor's Allowed Secured Claim

Introduction

This is an action brought by the Debtor/Movant pursuant to 11 U.S.C. Section 506(a) and Rule 3012 of the Federal Rules of Bankruptcy Procedure to determine the value of the

interest of the Respondent in the residential real property of the Debtors/Movants and determine the amount of the allowed secured claim of the Respondent.

### Jurisdiction

1. The Debtors/Movants allege that this is a core proceeding as that term is defined by Section 157(b)(2) of Title 28 of the United States Code in that it concerns claims and matters arising out of the administration of this bankruptcy case and rights duly established under Title 11 of the United States Code and other applicable federal law.

2. The Debtors/Movants further allege that this Court has both personal and subject matter jurisdiction to hear this case pursuant to Section 1334 of Title 28 of the United States Code, Section 157(b)(2) of Title 28 of the United States Code.

### The Base Case and Parties

3. The underlying Chapter 13 bankruptcy case was commenced by the filing of a voluntary petition with the Clerk of this Court on May 7, 2014.

4. An Order for Relief under the provisions of Chapter 13 of Title 11 of the United States Code was duly entered by this Court upon the filing of the petition. This order served to invoke the provisions of Section 362(a) of Title 11 of the United States Code.

5. The 341(a) meeting of creditors was held on June 18, 2014 in Phoenix, Arizona.

6. The Respondent, JPMORGAN CHASE BANK, NA, ("JPMC") is, upon information and belief, an entity engaged in the business of consumer credit lending in the State of Arizona, and which maintains a principal place of business in some state other than the State of Arizona.

### Factual Allegations

7. In the schedules filed with the petition in this case and on the master mailing matrix filed with the Clerk of this Court, a debt was listed in favor of JPMC for the second Deed of Trust on the residential real property of the Debtors/Movants, located at 5327 W. Purdue Ave., Glendale, AZ. The legal description of the subject property is:

LOT 102, of PASEO PLACE REAMENDED, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 171 of Maps, Page 34, and Certificate of Correction recorded in Docket 10955, Page 457, records of Maricopa County, Arizona.

TAX PARCELL NUMBER: 148-21-466

The Debtors/Movants believe and therefore allege in the petition and schedules that there was no equity in the residential real property to which the second mortgage could secure at the time that the loan was made and, therefore, provided for the claim to be paid as an unsecured claim under the terms of the confirmed plan.

8. The Debtors/Movants allege that at the time they filed their bankruptcy petition and at the present time, the value of their interest in the said residential real property was and is approximately $155,120.00; this is supported by www.zillow.com which values the home, based upon its assessed tax value, at $155,120.00 (Exhibit A).

9. The Debtors/Movants interest in the residential real property is subject to a first lien arising out of a mortgage in favor of CHASE (first mortgage) in the approximate amount of $210,993.00.

10. The Debtors/Movants interest in the residential real property is subject to a second lien arising out of a mortgage in favor of JPMC (second Deed of Trust) in the approximate amount of $50,584.59.

11. The Debtors/Movants allege that, using their best estimate as to value, based on www.zillow.com's estimation, there is no equity in the home attaching to the second Deed of

Trust and therefore the Respondent has no secured interest for the loan secured by the second Deed of Trust on the subject real property.

12. Pursuant to 11 U.S.C. Section 506(a), the Respondent has no allowable secured claim regarding the claim for the second Deed of Trust on the subject real property.

13. Any timely filed claim of the Respondent for the second Deed of Trust is allowable only as an unsecured claim and to the extent that no such claim was filed, the Respondent has no claim against this property.

WHEREFORE, the Debtors/Movants respectfully pray of the Court as follows:

A. That this Court determine that the Respondent has no secured interest for the loan secured by the second Deed of Trust on the residential real property of the Debtors/Movants;

B. That this Court order the Respondent to cancel the second Deed of Trust lien on the residential real property of the Debtors/Movants pursuant to 11 U.S.C. Section 506(d) immediately upon the entry of the Discharge Order and deliver the same to the attorney for the Debtors/Movants within 20 days from the date of the entry of the said order at no charge or fee for the aforesaid cancellation and delivery;

C. That this Court direct the Trustee that any timely filed proof of claim of the Respondent for the second Deed of Trust lien be treated as an unsecured claim under the plan;

D. That the attorney for the Debtors/Movants be awarded reasonable attorney's fees and related costs;

E. Award Debtors/Movants such other and further relief as to the Court may deem just and proper.

//

DATED this 12th day of September, 2014.

                                        ARIANO & REPPUCCI, PLLC

By:   /s/ Christopher H. Ariano
      Christopher H. Ariano #026915
      ARIANO & REPPUCCI, PLLC
      1430 E. Missouri Ave.
      Suite B-150
      Phoenix, AZ 85014
      Attorney for Debtor/Movant

The foregoing was electronically filed with the Clerk of the Court and a copy was mailed this 12th day of September, 2014 to:

Cynthia Allman, V. P. of Bankruptcy
Authorized Agent
Real Time Resolutions, Inc.
1349 Empire Central Drive Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc. agent for
JPMorgan Chase Bank, NA
1349 Empire Central Dr. Ste. 150
Dallas, TX 75247

Real Time Resolutions, Inc.
PO Box 35888
Dallas, TX 75235

Aegis Lending Corporation
Attn: Loan Shipping, Reg 22
PO Box 84308
Baton Rouge, LA 70884

Aegis Lending Corporation
10049 N. Reiger Rd.
Baton Rouge, LA 70809

MERS, Mortgage Electronic Registration Systems, Inc.
PO Box 2026
Flint, MI 48501-2026

- 5 -

Case 2:14-bk-06889-MCW   Doc 32   Filed 09/12/14   Entered 09/12/14 12:16:21   Desc
Main Document    Page 5 of 8

| | |
|---|---|
| 1 | Edward J. Maney |
| | CHAPTER 13 TRUSTEE |
| 2 | 101 N. First Ave Ste. 1775 |
| | Phoenix, AZ  85003 |
| 3 | |
| 4 | Amador & Janet Hernandez |
| | 5327 W. Purdue Ave |
| 5 | Glendale, AZ  85302 |
| 6 | By:/s/ Christopher H. Ariano |

- 6 -

EXHIBIT A



### Get a professional estimate


Jason Ingram (11) — PREMIER AGENT
5 Recent sales
(602) 648-5306


Lenny Behie (8) — PREMIER AGENT
30 Recent sales
(480) 359-2499


Rosalie Soward (13) — PREMIER AGENT
7 Recent sales
(623) 239-3572

Your Name

Phone

Email

I own this home and would like a professional estimate at 5327 W Purdue Ave, Glendale, AZ 85302.

Contact Agent

Learn how to appear as the agent above

## 5327 W Purdue Ave, Glendale, AZ 85302

1,513 sqft

This is a 1513 square foot, single family home. It is located at 5327 W Purdue Ave Glendale, Arizona.

**Off Market**
Zestimate®: $155,120
Rent Zestimate®: $1,080/mo

**Est. Refi Payment:**
$602/mo
See current rates on Zillow
Get your Free Equifax Credit Score!


BE BOLD


Your new home. Your style in Phoenix. — KB HOME
Why settle for a resale home? You can make bold choices when you choose KB Home.
New Homes In Phoenix • FROM THE $140s

### Views

If this home is listed on Zillow, it will reach the largest real estate network on the web.*

**41 all-time views** of this home (chart)

**150 forecasted views of this home** in the first 7 days after listing for sale
(160 views if listed for rent)

Interested in selling this home?
Post your home as Make Me Move, for sale, for rent, or contact an agent.

### Facts

Lot: 6,904 sqft
Single Family
Built in 1979

Cooling: Refrigeration
Heating: Forced air
Last sold: Jun 2002 for $116,500

### Features

Parking: 2 spaces     Pool

More   County website   See data sources

### Home Values

Add owner estimate

| Zestimate | Rent Zestimate | Zestimate forecast |
|---|---|---|
| $155,120 | $1,080/mo | $XXX,XXX |
| +$2,333 Last 30 days | +$0 Last 30 days | To see Zestimate forecast |
| $147K    $163K | $918    $1.2K | Create a free account |
| Zestimate range | Zestimate range | One year |



### Similar Homes for Sale

**5243 W Purdue Ave, Gl...**
For Sale: $152,900
Beds: 3    Sqft: 1513
Baths: 2.0  Lot: 6,604

**5201 W Mountain View...**
For Sale: $147,000